# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RATKOVICH, AARON § Case No. 11-05017
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/23/2014 in Courtroom 680, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed: 12/17/2013      By: /s/DEBORAH K. EBNER
                                        Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: RATKOVICH, AARON | § | Case No. 11-05017 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 90,000.00 |
| *and approved disbursements of* | $ 10,387.00 |
| *leaving a balance on hand of* [1] | $ 79,613.00 |
| **Balance on hand:** | $ 79,613.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 79,613.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner , Trustee | 7,750.00 | 0.00 | 7,750.00 |
| Trustee, Expenses - Deborah K. Ebner, Trustee | 374.76 | 0.00 | 374.76 |
| Attorney for Trustee, Fees - Deborah K. Ebner, Esq | 14,582.50 | 0.00 | 14,582.50 |
| Accountant for Trustee, Fees - Popowcer Katten | 1,152.00 | 0.00 | 1,152.00 |
| Other Fees: Frost Brown Todd LLC | 9,505.43 | 0.00 | 9,505.43 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 33,364.69 |
| Remaining balance: | $ 46,248.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    46,248.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    46,248.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 652,251.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 19,087.30 | 0.00 | 1,353.41 |
| 2 | Capital One Bank (USA), N.A. | 6,830.96 | 0.00 | 484.35 |
| 3 | Chase Bank USA, N.A. | 20,389.76 | 0.00 | 1,445.75 |
| 4 | Chase Bank USA, N.A. | 20,530.66 | 0.00 | 1,455.74 |
| 5 | Chase Bank USA, N.A. | 28,154.06 | 0.00 | 1,996.28 |
| 6 | Chase Bank USA, N.A. | 127,910.16 | 0.00 | 9,069.55 |
| 7 | PYOD LLC its successors & assigns as assignee of Citibank, N | 23,342.41 | 0.00 | 1,655.11 |
| 8 | Scan Wireless Partners LLC | 1,774.20 | 0.00 | 125.80 |
| 9 | American Express Bank, FSB | 44,353.47 | 0.00 | 3,144.91 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Midland Funding LLC | 9,748.36 | 0.00 | 691.21 |
| 11 | United Radio Incorporated d/b/a Bluestar | 233,662.82 | 0.00 | 16,568.02 |
| 12 | FIA CARD SERVICES, N.A. | 77,558.39 | 0.00 | 5,499.33 |
| 13 | Midland Funding LLC | 38,908.80 | 0.00 | 2,758.85 |

Total to be paid for timely general unsecured claims:  $       46,248.31
Remaining balance:  $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 21,204.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 14 | RFID Tagsource | 1,516.90 | 0.00 | 0.00 |
| 15 | Main Street Acquisition Corp., assignee of Discover Bank | 17,759.53 | 0.00 | 0.00 |
| 16 | American Chartered Bank | 1,928.37 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $            0.00
Remaining balance:  $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims:  $            0.00
Remaining balance:  $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                          Case No. 11-05017-JPC
Aaron Ratkovich                                                 Chapter 7
      Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1           User: wepps                  Page 1 of 3                   Date Rcvd: Dec 18, 2013
                               Form ID: pdf006              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2013.
db            +Aaron Ratkovich,    2176 Frost Road,    Schaumburg, IL 60195-1922
aty           +Aaron Bernay,    3300 Great Tower,    301 E Fourth St,    Cincinnati, OH 45202-4245
16792982      +AGORA Leather Products,    2101 28th Street North,    Saint Petersburg, FL 33713-4224
16792983      +American Chartered Bank,    J. Cory Faulkner,    Ashen Faulkner Ltd.,    217 N. Jefferson., Ste 601,
                Chicago, IL 60661-1114
16792984      +American Express,    c/o Becket and Lee LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
16792985       American Express,    Box 0001,    Los Angeles, CA 90096-8000
17373617       American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17535283     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,      PO Box 15102,    Wilmington, DE 19886-5102)
16792986     #+Bank Of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
16792987      #Bank of America,    P.O. Box 15184,    Wilmington, DE 19850-5184
16792988     #+Barcode Resourcing,    1414 Meador Avenue,    Suite #H104,    Bellingham, WA 98229-5833
16792989      +Barcode Specialties,    12272 Monarch St.,    Garden Grove, CA 92841-2907
16792990      +Barcode Trading Post,    1400 10th St,    Plano, TX 75074-8648
16792991      +Blue Star,    Doug Bivens,    3345 Point Pleasant Road,    Hebron, KY 41048-9711
16792998     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank,    Attn: Centralized Bankruptcy,     P.O. Box 20507,
                Kansas City, MO 64195)
16792992       Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
20311615       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,     PO Box 71083,
                Charlotte, NC  28272-1083
16792993      +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
16792994      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
17305615       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16792995      +Chase Bank c/o Kevin Mortell,    131 South Dearborn Street,     Floor 5 IL1-0169,
                Chicago, IL 60603-5517
16792996      +Chase Bank c/o Michael Fine,    131 South Dearborn Street,     Floor 5 IL1-0169,
                Chicago, IL 60603-5571
16792997      +Chase Bank c/o Sarah Faulkner,    131 South Dearborn Street,     Floor 5 IL1-0169,
                Chicago, IL 60603-5517
16792999      +Citibank / Sears,    Citicard Credit Srvs/Cent. Bankrup,     P.O. Box 20507,
                Kansas City, MO 64195-0507
16793000       Citibank AA Advantage,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
16793004       DNP IMS Corp.,    P.O. Box 28101,    Atlanta, GA 30384-1011
16793002      +Datamax,    O'Neil Printer Supplies,    7656 E. 700th Ave,    Robinson, IL 62454-5124
16793005      +Eve Ratkovich,    106 North Wynstone Dr.,    Barrington, IL 60010-6943
17364212      +First Equity NCM,    c/o Apex Financial Management,    Eric M Glasson & Associates,
                1120 West Lake Cook Rd Ste A,    Buffalo Grove IL 60089-1970
16793006      +Flash4,    Monica Dykstra,    730 Red Iron Rd,    Black River Falls, WI 54615-5456
16793007      +Guitar Center,    950 Northfield Dr.,    Brownsburg, IN 46112-2423
16793008      +ID Images,    2991 Interstate Pkwy,    Brunswick, OH 44212-4327
16793009      +Informatics, Ltd.,    1400 10th Street,    Plano, TX 75074-8648
16793010       Ingram Micro - Nimax,    Roberta Dawson,    P.O. Box 90341,    Chicago, IL 60696-0314
16793011      +Joan Barott,    16 Shag Bark Rd.,    Lake Bluff, IL 60044-1729
16793012      +Lexicon,    2195 Eastview Parkway,    Suite 100,    Conyers, GA 30013-5769
20252015       Main Street Acquisition Corp., assignee,     of DISCOVER BANK,    c o Becket and Lee LLP,    POB 3001,
                Malvern, PA 19355-0701
16793013       Michael S. Pitts/Nexsen Pruet LLC,    55 E. Camperdown Way, Suite 400,     Post Office Drawer 10648,
                Greenville, SC 29603-0648
19932191       Midland Funding LLC,    By its authorized agent Recoser, LLC,     25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
16793014      +National Products Inc.,    Chad Remmers,    8410 Dallas Ave S.,    Seattle, WA 98108-4423
16793015      +RFID Tagsource,    Waterfront Technology Center,    200 Federal Street - Suite 300,
                Camden, NJ 08103-1063
16793018      +SST/Cigpficorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
16793019      +SST/Columbus Bank& Trust,    P.O. Box 84024,    Columbus, GA 31908-4024
16793021      +The Kennedy Group,    Accounts Receivable,    P.O. Box 931648,    Cleveland, OH 44193-0001
16793022      +Unified Barcode & Rfid, Inc.,    830 W. Northwest Hwy.,    Palatine, IL 60067-2377
17533882      +United Radio Incorporated d/b/a Bluestar,     c/o Jeffrey C. Dan,    Crane Heyman Simon Welch & Clar,
                135 S. LaSalle St., Ste. 3705,    Chicago, IL 60603-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17293375       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 19 2013 01:44:22      Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,     PO Box 248839,    Oklahoma City, OK  73124-8839
17524562       E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2013 01:53:38      Capital Recovery IV LLC,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16793003       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 19 2013 01:43:06      Discover Card,
                P.O. Box 3023,    New Albany, OH 43054-3023
17348242      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2013 01:44:18
                PYOD LLC its successors and assigns as assignee of,     Citibank, NA, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0752-1          User: wepps                Page 2 of 3                  Date Rcvd: Dec 18, 2013
                              Form ID: pdf006            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19932192         E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2013 01:43:05
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
16793017        +E-mail/Text: joseph.joy@scansource.com Dec 19 2013 01:33:40        ScanSource, Inc.,
                  Attn: Stacey Coonan, Acct Recovery,   6 Logue Court,   Greenville, SC 29615-5785
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Law Office of Deborah K Ebner
16793001*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court: Citibank SD, NA,   Attn: Centralized Bankruptcy,   P.O. Box 20507,
                  Kansas City, MO 64195)
20311616*       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
                  Charlotte, NC 28272-1083
20720711*       Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
16793016      ##+Scan Wireless Partners LLC,   2691 Richter Avenue,   Suite 100,   Irvine, CA 92606-5124
16793020      ##+Supply Chain Services,   Steve Rudzitis,   5600 Memorial Ave N,   Stillwater, MN 55082-1087
16793023      ##+Universal Label Technologies, Inc,   Barry Alves,   1 Vaillancourt Drive,
                  Attleboro Falls, MA 02763-1054
                                                                                         TOTALS: 1, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2013 at the address(es) listed below:
```
              David E Cohen    on behalf of Debtor Aaron  Ratkovich dcohen@fishercohen.com
              David E Cohen    on behalf of Defendant Aaron  Ratkovich dcohen@fishercohen.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Accountant Lois  West dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah K Ebner    on behalf of Plaintiff Deborah K Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Deborah K Ebner    on behalf of Plaintiff Deborah K. Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Deborah S Ashen    on behalf of Creditor   American Chartered Bank dsa@ashenlaw.com
              Jeffrey C Dan    on behalf of Creditor   United Radio Incorporated (d/b/a) BlueStar
               jdan@craneheyman.com,  gbalderas@craneheyman.com;dwelch@craneheyman.com;jmunoz@craneheyman.com
              Jeffrey C Dan    on behalf of Plaintiff   United Radio Incorporated d/b/a Bluestar
               jdan@craneheyman.com,  gbalderas@craneheyman.com;dwelch@craneheyman.com;jmunoz@craneheyman.com
              Linda M Kujaca    on behalf of Plaintiff Deborah K Ebner lkujaca@aol.com
              Linda M Kujaca    on behalf of Trustee Deborah K Ebner lkujaca@aol.com
```

```
District/off: 0752-1          User: wepps                Page 3 of 3                  Date Rcvd: Dec 18, 2013
                              Form ID: pdf006            Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Linda M Kujaca    on behalf of Plaintiff Deborah K. Ebner lkujaca@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                         TOTAL: 15

Case 11-05017   Doc 66   Filed 12/18/13   Entered 12/20/13 23:44:19   Desc Imaged
Certificate of Notice   Page 8 of 8