# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RATKOVICH, AARON                                    Case No. 11-05017
                                                           Chapter   7
_____,
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $9,265.20                    Assets Exempt: $3,581.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $46,248.31    Claims Discharged
                                               Without Payment: $1,369,969.45

Total Expenses of Administration: $43,751.69

---

3) Total gross receipts of $ 90,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $90,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 43,751.69 | 43,751.69 | 43,751.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,396,643.52 | 673,581.89 | 673,581.89 | 46,248.31 |
| **TOTAL DISBURSEMENTS** | $1,396,643.52 | $717,333.58 | $717,333.58 | $90,000.00 |

4) This case was originally filed under Chapter 7 on February 10, 2011. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2014          By: /s/DEBORAH K. EBNER, Trustee
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement of adversary proceedings | 1249-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| US Department of Treasury | 2810-000 | N/A | 7,646.00 | 7,646.00 | 7,646.00 |
| Illinois Department of Revenue | 2810-000 | N/A | 2,741.00 | 2,741.00 | 2,741.00 |
| Deborah K. Ebner , Trustee | 2100-000 | N/A | 7,750.00 | 7,750.00 | 7,750.00 |
| Deborah K. Ebner, Trustee | 2200-000 | N/A | 374.76 | 374.76 | 374.76 |
| Frost Brown Todd LLC | 3210-600 | N/A | 3,007.43 | 3,007.43 | 3,007.43 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Frost Brown Todd LLC | 3210-600 | N/A | | 6,498.00 | 6,498.00 | 6,498.00 |
| Popowcer Katten | 3410-000 | N/A | | 1,152.00 | 1,152.00 | 1,152.00 |
| Deborah K. Ebner, Esq | 3110-000 | N/A | | 14,582.50 | 14,582.50 | 14,582.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $43,751.69 | $43,751.69 | $43,751.69 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 18,328.95 | 19,087.30 | 19,087.30 | 1,353.41 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 6,076.00 | 6,830.96 | 6,830.96 | 484.35 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 20,389.00 | 20,389.76 | 20,389.76 | 1,445.75 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 20,530.00 | 20,530.66 | 20,530.66 | 1,455.74 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 28,154.00 | 28,154.06 | 28,154.06 | 1,996.28 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 127,910.00 | 127,910.16 | 127,910.16 | 9,069.55 |
| 7 | PYOD LLC its successors & assigns as assignee of | 7100-000 | 23,342.00 | 23,342.41 | 23,342.41 | 1,655.11 |
| 8 | Clerk of US Bankruptcy Court | 7100-000 | N/A | 125.80 | 125.80 | 125.80 |
| 8 | Scan Wireless Partners LLC | 7100-000 | 3,608.00 | 1,774.20 | 1,774.20 | 0.00 |
| 9 | American Express Bank, FSB | 7100-000 | 44,353.00 | 44,353.47 | 44,353.47 | 3,144.91 |
| 10 | Midland Funding LLC | 7100-000 | 9,748.00 | 9,748.30 | 9,748.30 | 691.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | United Radio Incorporated d/b/a Bluestar | 7100-000 | 216,447.00 | 233,662.82 | 233,662.82 | 16,568.02 |
| 12 | FIA CARD SERVICES, N.A. | 7100-000 | 77,558.00 | 77,558.39 | 77,558.39 | 5,499.33 |
| 13 | Midland Funding LLC | 7100-000 | 38,649.67 | 38,908.80 | 38,908.80 | 2,758.85 |
| 14 | RFID Tagsource | 7200-000 | 1,506.00 | 1,516.90 | 1,516.90 | 0.00 |
| 15 | Main Street Acquisition Corp., assignee of Discover | 7200-000 | 17,408.03 | 17,759.53 | 17,759.53 | 0.00 |
| 16 | American Chartered Bank | 7200-000 | N/A | 1,928.37 | 1,928.37 | 0.00 |
| NOTFILED | Universal Label Technologies, Inc Barry | 7100-000 | 214.00 | N/A | N/A | 0.00 |
| NOTFILED | SST/Cigpficorp | 7100-000 | 16,125.00 | N/A | N/A | 0.00 |
| NOTFILED | The Kennedy Group Accounts Receivable | 7100-000 | 1,650.00 | N/A | N/A | 0.00 |
| NOTFILED | National Products Inc. Chad Remmers | 7100-000 | 9,758.00 | N/A | N/A | 0.00 |
| NOTFILED | SST/Columbus Bank& Trust | 7100-000 | 16,124.00 | N/A | N/A | 0.00 |
| NOTFILED | ScanSource, Inc. | 7100-000 | 317,713.54 | N/A | N/A | 0.00 |
| NOTFILED | Supply Chain Services Steve Rudzitis | 7100-000 | 517.00 | N/A | N/A | 0.00 |
| NOTFILED | First Equity NCMc/oApex Fncl Mgmt | 7100-000 | 16,908.54 | N/A | N/A | 0.00 |
| NOTFILED | Lexicon | 7100-000 | 990.00 | N/A | N/A | 0.00 |
| NOTFILED | Joan Barott | 7100-000 | 107,233.00 | N/A | N/A | 0.00 |
| NOTFILED | American Chartered Bank | 7100-000 | 1,085.00 | N/A | N/A | 0.00 |
| NOTFILED | AGORA Leather Products | 7100-000 | 1,722.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 114.67 | N/A | N/A | 0.00 |
| NOTFILED | Barcode Resourcing | 7100-000 | 493.00 | N/A | N/A | 0.00 |
| NOTFILED | Ingram Micro - Nimax Roberta Dawson | 7100-000 | 14,533.00 | N/A | N/A | 0.00 |
| NOTFILED | Barcode Specialties | 7100-000 | 906.00 | N/A | N/A | 0.00 |
| NOTFILED | Guitar Center | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Flash4 Monica Dykstra | 7100-000 | 238.00 | N/A | N/A | 0.00 |
| NOTFILED | ID Images | 7100-000 | 3,609.00 | N/A | N/A | 0.00 |
| NOTFILED | Eve Ratkovich | 7100-000 | 64,042.13 | N/A | N/A | 0.00 |
| NOTFILED | Informatics, Ltd. | 7100-000 | 6,250.00 | N/A | N/A | 0.00 |
| NOTFILED | DNP IMS Corp. | 7100-000 | 1,654.00 | N/A | N/A | 0.00 |
| NOTFILED | Barcode Trading Post | 7100-000 | 6,423.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank AA Advantage | 7100-000 | 52,741.99 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 18,662.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank SD, NA | 7100-000 | 78,029.00 | N/A | N/A | 0.00 |
| NOTFILED | Datamax O'Neil Printer Supplies | 7100-000 | 3,900.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,396,643.52** | **$673,581.89** | **$673,581.89** | **$46,248.31** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-05017     **Trustee:** (330480) DEBORAH K. EBNER, Trustee
**Case Name:** RATKOVICH, AARON     **Filed (f) or Converted (c):** 02/10/11 (f)
    **§341(a) Meeting Date:** 03/15/11
**Period Ending:** 06/11/14     **Claims Bar Date:** 08/04/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | American Chartered Bank - Checking Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Books | 80.00 | 0.00 | | 0.00 | FA |
| 4 | Necessary wearing apparel. | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Bracelet | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Rifle, handgun and shotgun | 800.00 | 0.00 | | 0.00 | FA |
| 7 | 100% Stock in Unified Barcode & Rfid, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 8 | Stock and interests in incorporated and unincorp | Unknown | 0.00 | | 0.00 | 0.00 |
| 9 | Account receivable from Party Gold Style, Inc (u) | 5,684.20 | 5,684.20 | | 0.00 | FA |
| 10 | Settlement of adversary proceedings (u) | 0.00 | 0.00 | | 90,000.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$9,265.20** | **$5,684.20** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

     Trustee is in the process of discovery. Objection to discharge filed.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017     **Current Projected Date Of Final Report (TFR):** December 17, 2013 (Actual)

Printed: 06/11/2014 10:27 PM     V.13.15

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-05017  
**Case Name:** RATKOVICH, AARON  
**Taxpayer ID #:** **-***0492  
**Period Ending:** 06/11/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/20/13 | {10} | Arnstein & Lehr, LLP | settlementn funds for satisfaction of adversary proceedings | 1249-000 | 90,000.00 | | 90,000.00 |
| 11/25/13 | 101 | US Department of Treasury | Ref # IRS ADMIN | 2810-000 | | 7,646.00 | 82,354.00 |
| 11/25/13 | 102 | Illinois Department of Revenue | Ref # ADMIN IDOR Voided on 11/25/13 | 2810-000 | | 2,741.00 | 79,613.00 |
| 11/25/13 | 102 | Illinois Department of Revenue | Ref # ADMIN IDOR Voided: check issued on 11/25/13 | 2810-000 | | -2,741.00 | 82,354.00 |
| 11/25/13 | 103 | Illinois Department of Revenue | Ref # ADMIN IDOR | 2810-000 | | 2,741.00 | 79,613.00 |
| 01/23/14 | 104 | Deborah K. Ebner , Trustee | Dividend paid 100.00% on $7,750.00, Trustee Compensation;  Reference: TRUSTEE COMP | 2100-000 | | 7,750.00 | 71,863.00 |
| 01/23/14 | 105 | Deborah K. Ebner, Trustee | Dividend paid 100.00% on $374.76, Trustee Expenses;  Reference: TRUSTEE EXP Voided on 01/24/14 | 2200-000 | | 374.76 | 71,488.24 |
| 01/23/14 | 106 | Frost Brown Todd LLC | Dividend paid 100.00% on $6,498.00, Special Counsel for Trustee Fees;  Reference: TRUSTEE LEGAL FEE | 3210-600 | | 6,498.00 | 64,990.24 |
| 01/23/14 | 107 | Frost Brown Todd LLC | Dividend paid 100.00% on $3,007.43, Special Counsel for Trustee Fees;  Reference: TRUSTEE LEGAL FEE | 3210-600 | | 3,007.43 | 61,982.81 |
| 01/23/14 | 108 | Popowcer Katten | Dividend paid 100.00% on $1,152.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,152.00 | 60,830.81 |
| 01/23/14 | 109 | Deborah K. Ebner, Esq | Dividend paid 100.00% on $14,582.50, Attorney for Trustee Fees (Trustee Firm); Reference: ADMIN EBNERLAW | 3110-000 | | 14,582.50 | 46,248.31 |
| 01/23/14 | 110 | Capital One Bank (USA), N.A. | Dividend paid  7.09% on $19,087.30; Claim# 1; Filed: $19,087.30; Reference: | 7100-000 | | 1,353.41 | 44,894.90 |
| 01/23/14 | 111 | Capital One Bank (USA), N.A. | Dividend paid  7.09% on $6,830.96; Claim# 2; Filed: $6,830.96; Reference: | 7100-000 | | 484.35 | 44,410.55 |
| 01/23/14 | 112 | Chase Bank USA, N.A. | Dividend paid  7.09% on $20,389.76; Claim# 3; Filed: $20,389.76; Reference: XXXXXXXXXXXX7712 | 7100-000 | | 1,445.75 | 42,964.80 |
| 01/23/14 | 113 | Chase Bank USA, N.A. | Dividend paid  7.09% on $20,530.66; Claim# 4; Filed: $20,530.66; Reference: XXXXXXXXXXXX6325 | 7100-000 | | 1,455.74 | 41,509.06 |
| 01/23/14 | 114 | Chase Bank USA, N.A. | Dividend paid  7.09% on $28,154.06; Claim# 5; Filed: $28,154.06; Reference: XXXXXXXXXXXX2246 | 7100-000 | | 1,996.28 | 39,512.78 |
| 01/23/14 | 115 | Chase Bank USA, N.A. | Dividend paid  7.09% on $127,910.16; Claim# | 7100-000 | | 9,069.55 | 30,443.23 |

Subtotals :  $90,000.00    $59,556.77

{} Asset reference(s)

Printed: 06/11/2014 10:27 PM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-05017  
**Case Name:** RATKOVICH, AARON

**Taxpayer ID #:** **-***0492  
**Period Ending:** 06/11/14

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2666 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 6; Filed: $127,910.16; Reference: XXXXXXXXXXXX1125 | | | | |
| 01/23/14 | 116 | PYOD LLC its successors & assigns as assignee of Citibank, N | Dividend paid 7.09% on $23,342.41; Claim# 7; Filed: $23,342.41; Reference: | 7100-000 | | 1,655.11 | 28,788.12 |
| 01/23/14 | 117 | Scan Wireless Partners LLC | Dividend paid 7.09% on $1,774.20; Claim# 8; Filed: $1,774.20; Reference: Stopped on 05/07/14 | 7100-000 | | 125.80 | 28,662.32 |
| 01/23/14 | 118 | American Express Bank, FSB | Dividend paid 7.09% on $44,353.47; Claim# 9; Filed: $44,353.47; Reference: XXXXXXXXXXXX7363 | 7100-000 | | 3,144.91 | 25,517.41 |
| 01/23/14 | 119 | Midland Funding LLC | Dividend paid 7.09% on $9,748.30; Claim# 10; Filed: $9,748.30; Reference: | 7100-000 | | 691.21 | 24,826.20 |
| 01/23/14 | 120 | United Radio Incorporated d/b/a Bluestar | Dividend paid 7.09% on $233,662.82; Claim# 11; Filed: $233,662.82; Reference: | 7100-000 | | 16,568.02 | 8,258.18 |
| 01/23/14 | 121 | FIA CARD SERVICES, N.A. | Dividend paid 7.09% on $77,558.39; Claim# 12; Filed: $77,558.39; Reference: XXXXXXXXXXXX6158 | 7100-000 | | 5,499.33 | 2,758.85 |
| 01/23/14 | 122 | Midland Funding LLC | Dividend paid 7.09% on $38,908.80; Claim# 13; Filed: $38,908.80; Reference: | 7100-000 | | 2,758.85 | 0.00 |
| 01/24/14 | 105 | Deborah K. Ebner, Trustee | Dividend paid 100.00% on $374.76, Trustee Expenses;  Reference: TRUSTEE EXP Voided: check issued on 01/23/14 | 2200-000 | | -374.76 | 374.76 |
| 01/24/14 | 123 | Deborah K. Ebner, Trustee | Ref # TRUSTEE EXP | 2200-000 | | 374.76 | 0.00 |
| 05/07/14 | 117 | Scan Wireless Partners LLC | Dividend paid 7.09% on $1,774.20; Claim# 8; Filed: $1,774.20; Reference: Stopped: check issued on 01/23/14 | 7100-000 | | -125.80 | 125.80 |
| 05/07/14 | 124 | Clerk of US Bankruptcy Court | | 7100-000 | | 125.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 90,000.00 | 90,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 90,000.00 | 90,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$90,000.00** | |

{} Asset reference(s)

Printed: 06/11/2014 10:27 PM     V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-05017 | | **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
| --- | --- | --- | --- | --- |
| **Case Name:** | RATKOVICH, AARON | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******2666 - Checking Account |
| **Taxpayer ID #:** | **-***0492 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/11/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2666** | 90,000.00 | 90,000.00 | 0.00 |
| | $90,000.00 | $90,000.00 | $0.00 |

{} Asset reference(s)

Printed: 06/11/2014 10:27 PM    V.13.15